194

## REESE v. STATE.
### No. 19358.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

H. L. Lewis, Jr., of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing distilled liquor not in a container with affixed stamp, punishment being a fine of $100.

The record is before us without bills of exception or statement of facts. Nothing is presented for review.

The judgment is affirmed.